**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
BENSON ASEMOTA,

                Plaintiff,

  -against-                                  24 **CIVIL** 7793 (LAP)

## JUDGMENT

CITY OF NEW YORK and NEW YORK CITY
DEPARTMENT OF SOCIAL SERVICES
HUMAN RESOURCES ADMINISTRATION,

                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2025, Defendants' Motion to Dismiss Plaintiff's claims under Title VII and § 1983 is GRANTED with prejudice. With respect to the other claims that Plaintiff purports to bring in the Complaint's introduction—defamation and/or negligence, malicious prosecution, fraud, and breach of contract—Defendants' motion to dismiss is GRANTED with prejudice. Finally, Defendants' motion to dismiss Plaintiff's claims under NYSHRL is GRANTED without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

          September 17, 2025

                                                      **TAMMI M. HELLWIG**

                                                           **Clerk of Court**

                              **BY:**

                                                           **Deputy Clerk**